**LITTLER MENDELSON, P.C.**
Keith J. Rosenblatt (N.J. Bar No. 016631997)
Christie Pazdzierski (N.J. Bar No. 110522014)
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendant
Amazon.com Services LLC

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOHN RAYFORD,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON LOGISTICS, INC.,<br><br>Defendant. | Civil Action No. 21-20591<br><br>**NOTICE OF REMOVAL**<br><br>**Electronically Filed** |

**TO:    THE CLERK AND THE HONORABLE JUDGES**
**OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Defendant Amazon.com Services LLC, incorrectly s/h/a Amazon Logistics, Inc. ("Amazon" or "Defendant"), hereby files this Notice of Removal of the above-captioned action to the United States District Court for the District of New Jersey, from the New Jersey Superior Court, Gloucester County, where the action is now pending, as provided by Title 28, United States Code, Chapter 89 and states:

1.     Plaintiff, John Rayford ("Plaintiff"), purporting a residency in Clementon, New Jersey, commenced this action against Defendant on September 27, 2021 by filing a Complaint in the Superior Court of New Jersey, Law Division, Gloucester County, captioned "*John Rayford vs. Amazon Logistics, Inc.*," and bearing Docket No. GLO-L-1133-21 ("the State Court Action"). The State Court Action is now pending in that court.

2.     Defendant was served with the Summons and Complaint on November 22, 2021. This Notice of Removal is filed within 30 days of that date, as required by 28 U.S.C. § 1446(b).

3.     Collectively attached hereto as **Exhibit A** is a copy of all process, pleadings and orders served upon Defendant in the State Court Action, pursuant to 28 U.S.C. § 1446(a).

4.     The State Court Action is between citizens of different states and is a civil action over which the district courts of the United States have original jurisdiction by virtue of diversity jurisdiction granted by 28 U.S.C. § 1332.

5.     Specifically, Plaintiff is an individual and resident and, upon information and belief, a citizen of New Jersey, as he states he resides in Clementon, New Jersey.  (*See* Ex. A, Complaint, opening paragraph).  *Washington v. Hovensa LLC*, 652 F.3d 340, 344 (3d Cir. 2011) (citizenship is determined by domicile); *Krasnov v. Dinan*, 465 F.2d 1298, 1300 (3d Cir. 1972) ("Where one lives is prima facie evidence of domicile.").

6.     A limited liability company's citizenship for purposes of diversity jurisdiction is the citizenship of its members.  *Zambelli Fireworks Mfg. Co., Inc. v. Wood*, 592 F.3d 412, 420 (3d Cir. 2010).  Amazon is a limited liability company formed under the laws of the State of Delaware. Its sole member, Amazon.com Sales, Inc., is a Delaware corporation with its principal place of business in Seattle, Washington.  Therefore, Amazon is a citizen of Washington and Delaware. *Id.; Hertz Corp. v. Friend*, 559 U.S. 77 (2010).

7.     Accordingly, complete diversity is established between Plaintiff and Defendant because Plaintiff and Defendant are citizens of different states.

8.     The matter in controversy in the State Court Action exceeds the sum or value of $75,000, *see* 28 U.S.C. § 1332(a), computed on the following basis:

(a)     Plaintiff's Complaint appears to allege discrimination in violation of federal law, as he claims Defendant "can't discriminate against" him and references receiving a "right to

sue" from the Equal Employment Opportunity Commission, or "EEOC." (*See* Ex. A, Complaint, pg. 2).  Plaintiff also appears to seek damages for lost wages ("I had no income") and "stress." (*See* Ex. A, Complaint, pg. 3).

(b)     Plaintiff's Complaint does not specify the amount he seeks to recover from Defendant.  According to a reasonable reading of the Complaint and a preponderance of the evidence, Plaintiff's demand, and the amount in controversy, is in excess of $75,000.  *See Dart Cherokee Basin Operating Co. v. Owens,* 574 U.S. 81, 89 (2014); *Angus v. Shiley, Inc.*, 989 F.2d 142, 146 (3d Cir. 1993) (where Plaintiff does not set a limit for damages, the Court should make a reasonable reading of the value of the claim Plaintiff has asserted and come to an independent valuation of the amount Plaintiff has claimed).  Moreover, to the extent that any damages accrue during the course of litigation, the relevant timeframe for calculating damages is the expected damages at the time of trial.  *Cf. Sussman v. Capital One, N.A.*, Civ. No. 14-01945, 2014 U.S. Dist. LEXIS 151866, at *9 (D.N.J. Oct. 24, 2014).

(c)     According to, and as alleged in his Complaint, Plaintiff reapplied to Amazon on January 1, 2021 after retiring on December 12, 2020. At the time of his retirement, Plaintiff earned $15.25 per hour, or approximately $31,720.00 annualized, and received a $0.60 per hour shift differential, or approximately $1,248.00 annualized.  Therefore, at the time of this filing, Plaintiff's purported gross lost wages are approximately $32,045.32.

(d)     Further, to the extent Plaintiff has not obtained employment and seeks front pay or future lost earnings, such amounts must be added to the amount in controversy.  *Curro v. Hd Supply*, Civ. No. 19-19198, 2020 U.S. Dist. LEXIS 114142, at *8 (D.N.J. June 29, 2020); *see Andujar v. Gen. Nutrition Corp.*, Civ. No. 14-7696, 2018 WL 1087494, at *10 (D.N.J. Feb. 28, 2018), *aff'd*, 767 Fed. App'x 238 (3d Cir. 2019) (court upheld jury award of $60,000 in front pay

for plaintiff earning $15 per hour or $31,000 annually, representing approximately two years of front pay).  In this case, two years of front pay at a rate of $32,968 is $65,936.

(e)    Plaintiff also alleges stress-related damages.  To the extent Plaintiff seeks damages for alleged emotional harm, which are recoverable under each of the federal laws enforced by the EEOC, these types of damages can add significantly to the amount in controversy. *Angus*, 989 F.2d at 146 (recognizing that claims for damages for emotional distress should be included in determining whether the jurisdictional amount is met).  Courts have routinely upheld "garden variety" awards for emotional distress damages in excess of $75,000. *See, e.g., Quinlan v. Curtiss-Wright Corp.*, 425 N.J. Super. 335 (App. Div. 2012) (in sex discrimination case for failure to promote and retaliation, court upheld "garden variety" damages award of $405,000); *Klawitter v. City of Trenton*, 395 N.J. Super. 302 (App. Div. 2007) (in race discrimination case, court upheld a "garden variety" damages award of $79,000).

(f)    Accordingly, aggregating these amounts, the amount in controversy exceeds the jurisdictional minimum of $75,000.00.  *See* 28 U.S.C. § 1332(a).

9.    Defendant also removes this action based on federal question jurisdiction under 28 U.S.C. § 1441(a).  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's claim arises under a federal employment discrimination statute enforced by the EEOC.  Specifically, Plaintiff asserts he received a "right to sue" letter from the EEOC and alleges Amazon discriminated against him with regard to his employment.  (Ex. A, pg. 3).  Since Plaintiff brings an action arising under the laws of the United States, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and this civil action is therefore removable to this Court pursuant to 28 U.S.C. §1441(a).

10.     The Notice of Removal has been filed in the United States District Court for the District of New Jersey, the district court of the United States for the district and division within which the State Court Action is pending, as required by 28 U.S.C. §§ 1441(a) and 1446(a).

11.     Upon filing of the Notice of Removal, Defendant gave written notice thereof to *pro se* Plaintiff John Rayford, PO Box 101, Clementon, New Jersey 08021 and filed copies of the Notice of Removal with the Clerk, Superior Court of New Jersey, Law Division, Gloucester County, pursuant to 28 U.S.C. §1446(d).

12.     By filing the Notice of Removal, Defendant does not concede Plaintiff is entitled to any damages or waive any defenses available to it at law, in equity or otherwise.

**WHEREFORE**, Defendant respectfully requests that this action proceed in this Court as an action properly removed to it.

**LITTLER MENDELSON, P.C.**
Attorneys for Defendant
Amazon.com Services LLC


By: *s/ Christie Pazdzierski*
          Keith J. Rosenblatt
          Christie Pazdzierski

Dated:    December 20, 2021

# EXHIBIT A

# Form A

**Plaintiff or Filing Attorney Information:**

Name  John Rayford

NJ Attorney ID Number _____

Address  po box 101 clementon NJ 08021

_____

Telephone Number  267-819-8411

GLOUCESTER FINANCE
Batch # 731

SEP 27 2021

CA-CK-MON  209827
AMT $ 250-
Initials

FILED & RECEIVED
SEP 27 2021
SUPERIOR COURT OF NJ
GLO. COUNTY CIVIL PART

John Rayford                     ,
                        Plaintiff,

v.

Amazon Fulfilment Teb3    ,
                        Defendant(s).

Superior Court of New Jersey

_____ Division _____ County

_____ Part

Docket No: _____
        (to be filled in by the court)

Civil Action

**Complaint**

Plaintiff,  John Rayford                    , residing at
        (your name)

Po box 101                    , City of  clementon NJ
(your address)                            (your city or town)

County of  Camden                    .
        (your county)

State Of New Jersey, complaining of defendant, states as follows:

1. On  9/25/1    , 20 21 .  Amazon Fulfilment Teb3        , Defendant
                        (name of person being sued)

(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)

2020 August 31 I was Hired by Amazon Dec 12 2020 They let me retire because my mom is blind And to Help with my childs mother JT my Area manager And brian from HR department Helped me do it on line JT said when I get my situation under condrill I can come back to work I reaplied Jan 1 2021 I Took my picture for my badge And swaß. on Jan 7 2021 I recieved mail from Amazon stateing on the outcome of my court case on Jan 25th 2021 →

The defendant in this action resides at 2651 oldmans Creek Rd, Logan Township 08085 NJ
                        (defendant's address)

In the County of  Glouster            , State of New Jersey.
        (name of county where defendant lives)

2. Plaintiff is entitled to relief from defendant under the above facts.

There is A Penders Descion. AMAZON Hired me with these same open charges, And Already did A background cHeck.

① you Are innocent ontill Ploven Guilty in A court of Law

② Amazon cant descrimante Against 1 person They would Have To Terminate every person That Has A open charge working For Them. so why Are they Just Targeting 1 person.

③ I never Had no charges or wrignT ups For the 5months I WAS working AT Amazon.

④ iN AMAZON CONTract it SAYS They cAN Terminate a person Anytime I WAS Never terminated They LeT me retice

⑤ The eEoc gAve me The right to sue

⑥ Amazon Had to respond to My complaint with the eeoc And They summited A PAPPer that is noT my signature and my name typed up on it As if They Just Printed it up

# Form A

3.  The harm that occurred as a result of defendant's acts include:  (list each item of damage and injury)

1.  Stress I had no income child support started building up. I had to siged up foor Food Asstaince

2.  Had to sign up for unemployment Then Amazon sent paperwork To unemployment once I Responal to complant And told unemployment I Left voluntacy, So unenployment froze my Acoount even Tho I showed them All the proper paper work To Get unemployment

3.  _____

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated:  9/25/21 _____  Signature: _____

## CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief.  Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated.  Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit.  In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated:  9/25/21 _____  Signature: _____

**OPTIONAL:  If you would like to have a judge decide your case, do not include the following paragraph in your complaint.  If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.**

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated:  9/25/21 _____  Signature: _____